1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ANTONIOA SMITH,                      1:09-cv-01816-YNP-DLB (HC)

12              Petitioner,
                                          ORDER AUTHORIZING
13        vs.                             IN FORMA PAUPERIS STATUS

14   MERCED COUNTY,

15              Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20

21        IT IS SO ORDERED.

22        **Dated:   October 22, 2009**            _____ **/s/ Dennis L. Beck**_____
                                                   UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28