# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIOA SMITH,           ) | 1:09-CV-01816 GSA HC |
|            Petitioner,   ) | ORDER DENYING MISCELLANEOUS MOTION |
| v.                              ) | |
| MERCED COUNTY,       ) | [Doc. #23] |
|            Respondent.   ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 22, 2010, the undersigned issued an order dismissing the petition and directing the Clerk of Court to enter judgment and close the case. Judgment was entered that same date and the case was closed. Also on that same date, Petitioner filed a pleading entitled "Motion for Notice of New Address & 995 motion." It is not entirely clear what Petitioner intended with this motion, but it appears to request that the Court review her claims. As the Court has previously found, however, the instant petition is unexhausted. It has since been dismissed and the case is now closed. Petitioner is advised to seek relief first in the California Supreme Court before presenting her claims here.

Accordingly, Petitioner's motion is DENIED.

IT IS SO ORDERED.

Dated:   May 5, 2010                    /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE